IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

vs.

CRIMINAL ACTION

MICHAEL SHANE DURHAM, Defendant

DOCKET NUMBER: 5:08CR50070-001

### ORDER FOR RETURN OF SEIZED PROPERTY

This matter comes before the Court requesting an order to dispose of property seized from the defendant.

These items include: One (1) round of WIN 330 auto ammunition

IT IS HEREBY ORDERED, ADJUNGED AND DECREED that in accordance with the established procedures established by the U.S. Probation Office for the Western District of Arkansas, the aforementioned property is to be released to the appropriate federal, state, or local law enforcement agency for disposal, or otherwise appropriately disposed of by the U.S. Probation Office.

IT IS SO ORDERED.

Dated this 18th day of July, 2024.

Honorable Timothy L. Brooks,
United States District Judge